IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTIAN D. ENTO,             ) | Case No. C 16-1130 PSG (PR) |
|                        Plaintiff,  ) | **ORDER OF DISMISSAL** |
|     v.                                ) | |
| STATE OF CALIFORNIA, et al., ) | |
|                        Defendants. ) | |

    Christian D. Ento, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, along with an incomplete motion to proceed in forma pauperis ("IFP").[1]  That same day, the Clerk notified Ento that he had not paid the filing fee, nor had he filed a complete application to proceed IFP.  Along with the deficiency notice, Ento was provided with an IFP application and instructions for completing it.  Ento was further cautioned that his failure to file a complete IFP application, or pay the filing fee within twenty-eight days would result in the dismissal of this action.  More than twenty-eight days has passed, and Ento has not paid his filing fee, nor filed a complete IFP application.

    Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall terminate all pending motions, enter judgment, and close the file.

---

[1] Ento has consented to magistrate judge jurisdiction.  (Docket No. 1 at 4.)

Case No. C 16-1130 PSG (PR)
ORDER OF DISMISSAL

1  IT IS SO ORDERED.
2  DATED:  4/21/2016
   PAUL S. GREWAL
3  United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 16-1130 PSG (PR)
ORDER OF DISMISSAL               2