IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTIAN D. ENTO, | Case No. C 16-1130 PSG (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED:  4/21/2016

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 16-1130 PSG (PR)
JUDGMENT